IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JACKIE DUTTON, Administrator
of the Estate of Thomas Dutton,
deceased,**

**Plaintiff,**

v.

**UNITED STATES OF AMERICA,**

**Defendant.**                                                        No. 04-CV-0103-DRH

## ORDER

**HERNDON, District Judge:**

      Now before the Court is Plaintiff's amended emergency motion to continue trial date (Doc. 116). Said motion is **DENIED as moot**. The Court granted the motion to continue trial on April 7, 2006 (Doc. 115).

      **IT IS SO ORDERED.**

      Signed this 10th day of April, 2006.

/s/        David RHerndon
**United States District Judge**