IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JACKIE DUTTON, Administrator of the Estate of Thomas Dutton, Deceased** )<br>)<br>) | |
| **Plaintiff,** )<br>) | |
| ) | **CIVIL NO. 04-CV-103 DRH** |
| **vs.** )<br>) | |
| **UNITED STATES OF AMERICA,** )<br>) | |
| **Defendant.** | |

# ORDER

**HERNDON, District Judge:**

The Court having been advised by counsel for the defendant that the above action has been settled but that additional time is needed to consummate the settlement, the Clerk of Court is **DIRECTED** to enter judgment dismissing this action with prejudice and without costs 90 days from the date of this Order. Should the parties fail to consummate settlement within 90 days, they may petition the Court to delay entry of judgment.

In light of the parties' settlement, the Court **DENIES as moot** all pending motions and **VACATES** all court dates.

**IT IS SO ORDERED.**

DATED: June 13, 2007.

/s/          David   RHerndon
UNITED STATES DISTRICT JUDGE