IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS


**JACKIE DUTTON,**
**Administrator of the Estate**
**of Thomas Dutton, Deceased**

       **Plaintiff,**

    **vs.**                                       **Cause No.  04-CV-103 DRH**

**JAMMIE K. STRICKLIN, D.M.D,**
**ELADIO M. CHATTO, JR.,**
**COMMUNITY HEALTH SERVICES, INC.,**
**and UNITED STATES OF AMERICA,**

       **Defendants**.


## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

      **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** as to Defendants **JAMMIE K. STRICKLIN** and **UNITED STATES OF AMERICA** with each party to bear their own costs.

      **IT IS FURTHER ORDERED AND ADJUDGED** that the Defendants' motion to dismiss Counts II, III, VI and VII is **GRANTED.**  Judgment is entered in favor of Defendants **ELADIO M. CHATTO, JR.** and **COMMUNITY HEALTH SERVICES, INC**., and against

Plaintiff   **JACKIE   DUTTON**.----------------------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

September 17, 2007                                    By:   s/Patricia Brown
                                                                    Deputy Clerk

APPROVED:  /s/        DavidRHerndon
                          **U.S. DISTRICT JUDGE**